IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

ELZENIA PITCHFORD,

    Plaintiff,

vs.

No. 04-2743-DP

WORLDWIDE MORTGAGE, et al.,

    Defendants.

ORDER GRANTING
MOTION FOR EXTENDING DATE FOR RESPONSE TO MOTION TO DISMISS

IT APPEARING that Plaintiff's motion for extending date for response to motion to dismiss is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff shall have until June 18, 2005 to respond to the motion to dismiss.

*[signature]*
Judge

Date: June 3, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02743 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Ernest B. Williams
WILLIAMS & PROCHASKA, P. C.
401 Church St.
Ste. 2600
Nashville, TN 37219

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Sabin R. Thompson
WILLIAMS & PROCHASKA, P. C.
401 Church St.
Ste. 2600
Nashville, TN 37219

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT