IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -6 PM 5:02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ELZENIA PITCHFORD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-2743 |
| WORLDWIDE MORTGAGE CORPORATION, et al., | ) |
| Defendants. | ) |

### ORDER TO SHOW CAUSE

On September 21, 2004 Plaintiff filed a complaint in this action. The complaint contains irregularities and omissions beginning on page 11. Accordingly, Plaintiff is hereby ordered to file a corrected complaint on or before September 16, 2005.

IT IS SO ORDERED this ___6th___ day of September, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02743 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Ernest B. Williams
WILLIAMS & PROCHASKA, P. C.
401 Church St.
Ste. 2600
Nashville, TN 37219

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Sabin R. Thompson
WILLIAMS & PROCHASKA, P. C.
401 Church St.
Ste. 2600
Nashville, TN 37219

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT