# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION




**EDGAR JOHNSON,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.,**

    Defendants.

Case No.: 03-2567 D

---

**BOBBIE CARR,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.,**

    Defendants.

Case No. 03-2569 D

---

**CHARLENE SPINKS,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.**

Case No. 04-2568 D

---

**GERALD BOWEN, et al.,**

    Plaintiff,

v.

**WORLDWIDE MORTGAGE CORP., et al.**

Case No. 04-2575 D

**CHARLESETTA BEARD,**

    Plaintiff,                                    Case No. 04-2183 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**BARBARA WILLINGHAM,**

    Plaintiff,                                    Case No. 04-2391 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**ELIZABETH PITCHFORD,**

    Plaintiff,                                    Case No. 04-2743 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**LILLY LEWIS,**

    Plaintiff,                                    Case No. 05-2524

v.

**MEMPHIS FINANCIAL SERVICES, INC., et al.**

---

ORDER REFERRING CASE TO MEDIATION

---

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

By consent of the parties, the above cases are hereby referred to Attorney Arnold Perl of the law firm of Young and Perl for mediation. The mediator will assess the particular needs of each case to determine the specific needs of the parties.

**IT IS SO ORDERED** this ___16___ day of ___November___, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CV-02743 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

Sabin R. Thompson
WILLIAMS & PROCHASKA, P. C.
401 Church St.
Ste. 2600
Nashville, TN 37219

Ernest B. Williams
WILLIAMS & PROCHASKA, P. C.
401 Church St.
Ste. 2600
Nashville, TN 37219

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT