IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN TENNESSEE

Elzenia Pitchford
       Plantiff

vs.                                                         Case No.:04-2743 D/P

Worldwide Mortgage Corporation,
Hometech Services Co., Inc., New
Century Mortgage Corporation,
American Title Company, Gregg Drew,
Earnest Wells, Jr., Faro Jeffries, and Elnora Harris
       Defendants

## ORDER DENYING DEFAULT JUDGMENT

On December 1, 2005, plaintiff filed a Motion for Default Judgment against American Title Company.

In accordance to FRCvP 55(a), the moving party must request an enty of default by the clerk.

In compliance to FRCvP 55(a), default judgment against the above-named defendant in DENIED.

Entered this 1th day of December, 2005

                                                       THOMAS M. GOULD
                                                       Clerk of Court

                                                       BY:
                                                       Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02743 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Ernest B. Williams
WILLIAMS & PROCHASKA, P. C.
401 Church St.
Ste. 2600
Nashville, TN 37219

Sabin R. Thompson
WILLIAMS & PROCHASKA, P. C.
401 Church St.
Ste. 2600
Nashville, TN 37219

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia Patterson Bozeman
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT