UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 21  AM 9:2

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ELZENIA PITCHFORD
    Plaintiff,

v.

WORLDWIDE MORTGAGE
CORPORATION, HOME TECH
SERVICES CO., INC., NEW CENTURY
MORTGAGE CORPORATION,
AMERICAN TITLE COMPANY,
GREGG DREW, EARNEST WELLS Jr.,
FARO JEFFRIES, ELNORA HARRIS

    Defendants.

NO: 2:04-cv-02743-BBD-tmp

JURY DEMAND

## ORDER ON MOTION OF EVAN NAHMIAS, LOYS A JORDAN AND THE LAW FIRM OF MCDONALD KUHN, PLLC TO WITHDRAW AS COUNSEL WORLDWIDE MORTGAGE CORPORATION, HOME TECH SERVICES CO., INC., EARNEST WELLS, JR., AND ELNORA HARRIS

CAME, Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC ("Movants") and moved this Court for an Order permitting their withdraw from representation and relief from any further responsibility for the Defendants, Worldwide Mortgage Corporation, Home Tech Services Co., Inc., Earnest Wells, Jr., and Elnora Harris ("Defendants").

THE MOTION IS WELL TAKEN.

Document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/22/05

THEREOFRE, IT IS ORDERED THAT Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC are released from representing Defendants, Worldwide Mortgage Corporation, Home Tech Services Company, Inc., Earnest Wells, Jr., and Elnora Harris ("Defendants") and they are relieved of any future obligation in this matter.

Dated this 21 day of December, 2005.

Judge: _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CV-02743 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Kristina Woo
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Ernest B. Williams
WILLIAMS & PROCHASKA, P. C.
401 Church St.
Ste. 2600
Nashville, TN 37219

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

William B. Walk
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Sabin R. Thompson
WILLIAMS & PROCHASKA, P. C.
401 Church St.
Ste. 2600
Nashville, TN 37219

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia Patterson Bozeman
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT